CENTAUR CREDIT CORPORATION, a Domestic Corporation, Respondent, v. M. KRAKOVITZ & SONS Co., INC., a Foreign Corporation, etc., Appellant, Impleaded with Another.— Order granting plaintiff's motion to strike out the first separate defense and counterclaim of defendant-appellant unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Dore, JJ.

VITO FRUCCI, Respondent, v. NED P. WINTERS, Doing Business, etc., Defendant, Impleaded with·D. & M. CONSTRUCTION COMPANY, INC., Appellant.—Action for personal injuries. Assuming without conceding that the trial justice did not abuse his discretion in forcing the case to trial in absence of trial counsel for the defendant, reversible error was committed on the part of the trial justice in limiting the issue to one of damages. Notwithstanding that no counsel representing the defendant participated in the trial, the court was required to submit the issue of defendant's negligence and plaintiff's freedom from contributory negligence. Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

EMMA M. H. WRIGHT, Respondent, v. FREDERICK OSTWALT, Appellant, Impleaded with Others.—Action to recover damages because of certain false representations made by defendant to plaintiff, in consequence of which she purchased 500 shares of the stock of the Pilot Radio and Tube Corporation. Judgment entered on a verdict in favor of plaintiff, and order denying defendant's motion for a new trial on the ground of newly-discovered evidence, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ. .

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED ENGEL, Appellant.— Two informations were filed, each containing two counts. Defendant was convicted on both counts of the first information, the first of which charged him with violation of section 340 of the Banking Law (engaging in the business of lending money without a license); and the second count with violation of section 357 of the Banking Law (making a usurious loan to one Hawkins). On the second information the first count was withdrawn, and the defendant was convicted on the second count of making a usurious loan to one Rosas. Defendant was sentenced to one year in the penitentiary upon his conviction under the first information. Under the second information sentence was suspended. The appeal is from the judgments of the Court of Special Sessions; from an order of the Court of General Sessions denying defendant's motion to remove the trial to that court, and from all other orders incident to the record of the trial, conviction and sentence. Judgments and orders unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.